UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
-------------- * --------------

------------------------------

Luis Espinoza
Petitioner

V.

United States of America
Respondent

------------------------------

CR 01-115 JMR/RLE
CIVIL NO: 05-249(JMR)

**LETTER MOTION TO ENTER JUDGMENT OF DEFAULT**

IN CHAMBERS OF THE HONORABLE JAMES M. ROSENBAUM, CHIEF JUDGE, U.S. DISTRICT COURT

Dear Chief Judge Rosenbaum,

Petitioner herein, petitioned and moved this Honorable Court, on or about January 31, 2005, by Motion, pursuant to title 28 USC §2255, to vacate, set aside, or correct [the] sentence imposed; Under a constitutional claim of ineffective assistance of counsel.

Subsequently, in accordance with Rule 4, governing section 2255, this Honorable Court preliminarily considered the petition, and directed the government (Respondent), by order dated (and filed) February 22, 2005; to respond to Petitioner's 2255 motion by April 4, 2005.

However, Respondent has failed to comply or file an opposition response as to why relief should not be granted in the instant case as directed by this Court by April 4, 2005; And has systematically

SCANNED
JUL 27 2005
U.S. DISTRICT COURT MPLS

to the instant date of this filing has failed to file an opposition response as to why relief should not be granted or filed for an extension of time in the instant matter before this Honorable Court.

Thus, for the reasons established herein, Petitioner respectfully moves this Honorable Court to enter a judgment of default (on behalf of Respondent) pursuant to Federal Rule of Civil Procedure (Fed. R. Civ. P.) rule 55(b)(2), in accordance to Rule 12, governing section 2255 motion; And grant relief sought, and remand the case for re-sentencing.

Respectfully yours,

Luis Espinoza