CERTIFICATE OF SERVICE

I, Luis Espinoza, hereby certify that on this 21th day of July, 2005, I placed a true and exact copy of the enclosed Letter Motion in the institutional legal mail box addressed to the party listed below.

Respectfully yours,

Luis Espinoza

cc. Andrew S. Dunne, Esq. AUSA
600 U.S. Courthouse
300 Fourth Street South
Minneapolis, Mn. 55415