**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

*(612)664-5600*

July 28, 2005

The Honorable James M. Rosenbaum
Chief United States District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

01-cr-115

RE: **Luis Espinoza v. United States**
Civil No. 05-249 (JMR)

Dear Judge Rosenbaum:

This letter is a brief response to Petitioner's motion for a default judgment in the above referenced matter.

As the Court is aware, this matter was prosecuted below by AUSA Anthony Brown. AUSA Brown has left the U.S. Attorney's Office in the District of Minnesota and is presently with the U.S. Attorney's Office in the Northern District of Texas. The allegations set forth in Petitioner's habeas motion involves the timing of a Section 851 Information sentence enhancement in Court prior to the commencement of jury selection. The Government's response to Petitioner's allegations requires a factual response from AUSA Brown. The undersigned AUSA has been attempting to obtain an Affidavit from AUSA Brown concerning these matters. However, AUSA Brown has been dealing with some family health issues that have delayed his submission of an Affidavit to our Office. The Government's response to the Petition is completed. The undersigned is waiting for the arrival of AUSA Brown's Affidavit.

SCANNED
AUG - 1 2005
U.S. DISTRICT COURT MPLS

Based upon the above, the Government respectfully requests the Court's patience in the filing of the Government's response to the habeas petition in this matter. The undersigned will again contact AUSA Brown and seek to obtain the Affidavit from him as soon as possible. Thank you for your understanding in this matter.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: ANDREW DUNNE
Assistant U.S. Attorney

cc: Luis Espinoza, Pro Se