# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01-115(01)(JMR/RLE)

LUIS ESPINOZA,
a/k/a/ Daniel Mendoza,

Defendant.

I hereby certify that on August 3, 2005, I served, or caused to be served, the following documents:

MEMORANDUM OF THE UNITED STATES IN OPPOSITION
TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR
CORRECT SENTENCE UNDER 28 U.S.C. SECTION 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Luis Espinoza
Reg. 09851-041
FCI SANDSTONE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Chief Litigative Assistant